**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1330**

_____

In re:  ALLAH BURMAN, a/k/a A,

     Petitioner.

_____

On Petition for Extraordinary Writ.  (1:01-cr-00115-JKB-5)

_____

Submitted:  October 22, 2024                              Decided:  October 24, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Allah Burman, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allah Burman petitions this court for a writ of error coram nobis pursuant to the All Writs Act, 28 U.S.C. § 1615(a), contesting the validity of his drug-related convictions. A writ of error coram nobis is an extraordinary remedy available only when there is a fundamental error resulting in conviction and no alternative remedy is available. *See United States v. Denedo*, 556 U.S. 904, 911 (2009); *United States v. Lesane*, 40 F.4th 191, 197 (4th Cir. 2022). We conclude that Burman fails to establish that he is entitled to a writ of error coram nobis. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2